IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.F.F.; and J.G.O.; on their own behalf and on behalf of others similarly-situated,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PAMELA BONDI, Attorney General of the United States, in her official capacity; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director of the Director of U.S. Immigration and Customs Enforcement, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCO RUBIO, Secretary of State, in his official capacity; U.S. STATE DEPARTMENT; WILLIAM P. JOYCE, in his official capacity as acting New York Field Office Director for U.S. Immigration and Customs Enforcement; PAUL ARTETA, in his official capacity as the Director of the Orange County Correctional Facility;<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-02886<br><br><br><br>**EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

# EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER

**Petitioners and the proposed class <u>are in imminent danger of being removed from the United States and/or being transferred outside of the Southern District of New York</u>— and this Court permanently losing jurisdiction.**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and the All Writs Act, Plaintiffs-Petitioners and the proposed class hereby apply for a temporary restraining order against Defendants-Respondents ("Defendants"). Petitioners are civil immigration detainees who are at substantial risk of immediate, summary removal from the United States pursuant to use of the Alien Enemies Act ("AEA"), 50 U.S.C. § 21 *et seq.* against a *non*-state actor for the first time in the country's history.

As set forth in the accompanying Memorandum of Law, Defendants' invocation and application of the AEA patently violates the plain text of the statute and exceeds the limited authority granted to the Executive Branch by Congress. Defendants' invocation and application of the AEA also violates the Immigration and Nationality Act, statutes providing protection for people seeking humanitarian relief, and due process. In the absence of a temporary restraining order, Petitioners will suffer irreparable injury, and the balance of hardships and the public interest favor relief. Critically, moreover, if Petitioners are removed to the custody of another country, or transferred from the Southern District of New York, <u>this Court will lose jurisdiction</u>.

In support of this Motion, Petitioners rely upon the accompanying memorandum in support of a Temporary Restraining Order, declarations, and motion and memorandum for class certification. A proposed order is attached for the Court's convenience. Petitioners respectfully request that this Court grant this emergency application and issue a temporary restraining order as soon as possible.

| | Respectfully submitted, |
|---|---|
| Dated: April 8, 2025 | /s/ *Daniel Galindo* |
| | Daniel Galindo |
| My Khanh Ngo* | Lee Gelernt |
| Noelle Smith* | Ashley Gorski |
| Oscar Sarabia Roman* | Omar C. Jadwat |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Hina Shamsi |
| 425 California Street, Suite 700 | Patrick Toomey |
| San Francisco, CA 94104 | Sidra Mahfooz* |
| (415) 343-0770 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION, |
| mngo@aclu.org | 125 Broad Street, 18th Floor |
| nsmith@aclu.org | New York, NY 10004 |
| osarabia@aclu.org | (212) 549-2660 |
| | lgelernt@aclu.org |
| | dgalindo@aclu.org |
| | agorski@aclu.org |
| | ojadwat@aclu.org |
| | hshamsi@aclu.org |
| | ptoomey@aclu.org |
| | smahfooz@aclu.org |
| | |
| | Amy Belsher |
| | Robert Hodgson |
| | Molly Biklen |
| | New York Civil Liberties Union |
| | 125 Broad Street, 19th Floor |
| | New York, NY 10004 |
| | Tel: (212) 607-3300 |
| | abelsher@nyclu.org |
| | rhodgson@nyclu.org |
| | mbiklen@nyclu.org |

*Attorneys for Plaintiffs-Petitioners*
*\*Pro hac vice motions forthcoming*