**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| G.F.F.; and J.G.O.; on their own behalf and on behalf of others similarly-situated,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No: 1:25-cv-02886 |

## [PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS

Upon consideration of Petitioners' Motion for Leave to Proceed Under Pseudonyms and for good cause shown, the motion is GRANTED. It is hereby ORDERED that Petitioners are given leave to proceed under the pseudonyms G.F.F. and J.G.O.

It is so **ORDERED**.

Entered on _____, 2025 at _____ a.m./p.m.

_____
United States District Court Judge

1