UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
G.F.F., and J.G.O., *on their own behalf and on* :
*behalf of all others similarly-situated*, : **ORDER REGULATING**
: **PROCEEDINGS**
Petitioners, :
    -against- :
: 25 Civ. 2886 (AKH)
DONALD J. TRUMP, *et al.*, :
:
Respondents. :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The parties are hereby ordered to appear for a hearing on Petitioners' motion for a temporary restraining order on April 9, 2025, at 10:00 a.m. in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse.

    In the meantime, and until ordered otherwise, to preserve the Court's jurisdiction, Petitioners shall neither be removed from the United States, nor transferred out of this District, unless and until the Court orders otherwise. *See, e.g.*, *M.K. v. Joyce*, 25 Civ. 1935 (JMF), 2025 U.S. Dist. LEXIS 45048, at *2 (S.D.N.Y. March 10, 2025); *Local 1814, Int'l Longshoremen's Ass'n v. New York Shipping Ass'n*, 965 F.2d 1224, 1237 (2d Cir. 1992) ("Once the district court acquires jurisdiction over the subject matter of, and the parties to, the litigation, the All Writs Act [28 U.S.C. § 1651] authorizes a federal court to protect that jurisdiction.").

No later than today, April 8, 2025, Petitioners' counsel is directed (1) to serve Respondents with a copy of the petition and accompanying papers, along with a copy of this Order, by e-mail to the United States Attorney's Office for the Southern District of New York and by overnight mail; and (2) to promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance.

SO ORDERED.

Dated:   April 8, 2025
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge