<u>**Via ECF**</u>

The Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        **Re**: *G.F.F. et al. v. Trump et al.*, No. 25-cv-2886-AKH

Dear Judge Hellerstein,

        Counsel for petitioners write to correct an inadvertent error in the motion for class certification, ECF No. 4, at 1: Petitioners seek certification of a district-wide class, not a nationwide class. Petitioners apologize for any inconvenience this may have caused the Court or counsel for the government.



AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NEW YORK OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
DGALINDO@ACLU.ORG
WWW.ACLU.ORG

Dated: April 8, 2025
Washington, DC

Respectfully submitted,

*/s/ Daniel Galindo*
Daniel Galindo
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (646) 905-8907
dgalindo@aclu.org

*Attorney for Petitioners-Plaintiffs*