IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.F.F., *et al.*, <br><br> *Petitioners–Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Respondents–Defendants*. | Case No. 1:25-cv-02886 |

**REQUEST FOR MODIFICATIONS REGARDING CLASS CERTIFICATION ORDER**

      Petitioners-Plaintiffs ("Petitioners") submit the following requests to the Court regarding the class certification order:

(1) The Court certified a class designated as follows: "All noncitizens in U.S. custody in the Southern District of New York who were, are, or will be subject to the March 2025 Presidential Proclamation entitled 'Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren De Aragua' and/or its implementation, who have not been given notice following the Supreme Court's decision of April 7, 2025, Trump v. JGG, No. 24A931, 2025 WL 1024097, and granted a hearing."  Although, Petitioners' proposed class was also limited to those in "U.S. custody," Petitioners respectfully request that the Court delete "U.S." from the class definition.  Petitioners make this request to resolve any confusion that the class would not include those who may be detained in state custody and designated under the Alien Enemies Act.

(2) Petitioners move the Court to strike Democracy Forward as class counsel. Petitioners inadvertently included Democracy Forward in the signature block for the class certification motion. Democracy Forward is not currently counsel in this case. Instead, Petitioners move the Court to add the New York Civil Liberties Union as class counsel.

Dated: April 10, 2025

Respectfully submitted,

/s/ *Daniel Galindo*

| | |
|---|---|
| My Khanh Ngo* | Daniel Galindo |
| Noelle Smith* | Lee Gelernt* |
| Oscar Sarabia Roman* | Ashley Gorski |
| Cody Wofsy* | Omar C. Jadwat |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Hina Shamsi |
| | Patrick Toomey |
| 425 California Street, Suite 700 | Sidra Mahfooz* |
| San Francisco, CA 94104 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION, |
| (415) 343-0770 | 125 Broad Street, 18th Floor |
| mngo@aclu.org | New York, NY 10004 |
| nsmith@aclu.org | (212) 549-2660 |
| osarabia@aclu.org | lgelernt@aclu.org |
| cwofsy@aclu.org | dgalindo@aclu.org |
| | agorski@aclu.org |
| Amy Belsher | ojadwat@aclu.org |
| Robert Hodgson | hshamsi@aclu.org |
| Molly Biklen | ptoomey@aclu.org |
| New York Civil Liberties Union | smahfooz@aclu.org |
| 125 Broad Street, 19th Floor | |
| New York, NY 10004 | *Attorneys for Plaintiffs-Petitioners* |
| Tel: (212) 607-3300 | *Pro hac vice motions forthcoming |
| abelsher@nyclu.org | |
| rhodgson@nyclu.org | |
| mbiklen@nyclu.org | |