UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
J.G.G., *et al*,

                                Petitioners,

    -against-

DONALD J. TRUMP, *et al.*,

                                Respondents.

------------------------------------------------------------- x

**ORDER AMENDING CLASS CERTIFICATION**

25 Civ. 2886 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Petitioners move to amend the definition of the certified class by removing the requirement that class members be in the custody of the United States, to ensure that the class includes individuals subject to the Presidential Proclamation who are in state or local custody. *See* ECF No. 33. I grant this motion. Accordingly, the class is hereby defined as:

> All noncitizens in federal, state, or local custody in the Southern District of New York who were, are, or will be subject to the March 2025 Presidential Proclamation entitled 'Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren De Aragua' and/or its implementation, who have not been given notice following the Supreme Court's decision of April 7, 2025, *Trump v. J.G.G.*, No. 24A931, 2025 WL 1024097, and granted a hearing. The notice to be provided shall be written in English and Spanish, the language of those sought to be expelled, and if needed, Spanish-to-English interpreters shall be provided for hearings.

        An amended temporary restraining order will be filed contemporaneously.

        I also grant Petitioners' motion to strike attorneys from Democracy Forward as class counsel, and to add attorneys from the New York Civil Liberties Union as class counsel.

        SO ORDERED.

Dated:    April 11, 2025
             New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                   United States District Judge

Time:    1:10 p.m. EST