IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.F.F., *et al.*, <br><br> *Petitioners–Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Respondents–Defendants*. | Case No. 1:25-cv-02886 |

**MOTION TO REVIEW DOCKET ACCESS RESTRICTION**

The docket in this case is not currently available to the public. Petitioners-Plaintiffs conferred with counsel for Respondents-Defendants, who relayed that they do not oppose making the docket publicly available. Accordingly, Petitioners-Plaintiffs respectfully move the Court to issue the attached proposed order.

Dated: April 11, 2025

My Khanh Ngo*
Noelle Smith*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
nsmith@aclu.org

Respectfully submitted,

/s/ *Daniel Galindo*
Daniel Galindo
Lee Gelernt
Ashley Gorski
Omar C. Jadwat
Hina Shamsi
Patrick Toomey
Sidra Mahfooz*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,
125 Broad Street, 18th Floor

1

osarabia@aclu.org

Amy Belsher
Robert Hodgson
Molly Biklen
New York Civil Liberties Union
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300
abelsher@nyclu.org
rhodgson@nyclu.org
mbiklen@nyclu.org

New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
agorski@aclu.org
ojadwat@aclu.org
hshamsi@aclu.org
ptoomey@aclu.org
smahfooz@aclu.org

*Attorneys for Plaintiffs-Petitioners*
*\*Pro hac vice motions forthcoming*

2