**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| G.F.F., *et al.*, <br><br> *Petitioners–Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Respondents–Defendants*. | Case No. 1:25-cv-02886 <br><br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** |

The motion of Lee Gelernt, for admission to practice Pro Hac Vice in the above captioned matter, is hereby granted.

Mr. Gelernt has certified that he is a member in good standing of the bar of the state of New York; and that his contact information is as follows:

Lee Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
lgelernt@aclu.org

Mr. Gelernt having requested admission Pro Hac Vice for all purposes as counsel for the American Civil Liberties Union Foundation in the above-entitled action;

IT IS HEREBY ORDERED that Mr. Gelernt is admitted for practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the rules governing the discipline of attorneys.

Dated:  April 16, 2025

Honorable Alvin K. Hellerstein
United States District Court Judge