**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

G.F.F., *et al.*,

*Petitioners–Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

*Respondents–Defendants*.

Case No. 1:25-cv-02886

**[PROPOSED] ORDER GRANTING PETITIONERS-PLAINTIFFS' UNOPPOSED
MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**

Upon consideration of Petitioners-Plaintiffs' Unopposed Motion for Leave to File

Overlength Brief and for good cause shown, the motion is GRANTED. It is hereby ORDERED

that Petitioners are given leave to file a brief not to exceed 6,000 words.

Entered on _____, 2025 at _____ a.m./p.m.

_____
ALVIN K. HELLERSTEIN
United States District Judge