**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| G.F.F., *et al.*, | |
| *Petitioners–Plaintiffs*, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | Case No. 1:25-cv-02886 |
| *Respondents–Defendants*. | |

## ORDER GRANTING PETITIONERS-PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF

Upon consideration of Petitioners-Plaintiffs' Unopposed Motion for Leave to File Overlength Brief and for good cause shown, the motion is GRANTED. It is hereby ORDERED that Petitioners are given leave to file a brief not to exceed 6,000 words.

Entered on April 18, 2025 at 9:15 a.m.

_____
ALVIN K. HELLERSTEIN
United States District Judge