**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

G.F.F.*, et al.,*

*Petitioners–Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No. 1:25-cv-02886

**[PROPOSED] ORDER FOR**
**ADMISSION**
**PRO HAC VICE**

The motion of My Khanh Ngo, for admission to practice Pro Hac Vice in the above

captioned matter, is hereby granted.

Ms. Ngo has certified that she is a member in good standing of the bar of the state of

California; and that her contact information is as follows:

My Khanh Ngo
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0764
mngo@aclu.org

Ms. Ngo having requested admission Pro Hac Vice for all purposes as counsel for the

American Civil Liberties Union Foundation in the above-entitled action;

IT IS HEREBY ORDERED that Ms. Ngo is admitted for practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

Dated:

_____

Honorable Alvin K. Hellerstein
United States District Court Judge