**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| G.F.F.; and J.G.O.; on their own behalf and on behalf of others similarly-situated,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-02886<br><br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Oscar Sarabia Roman, for admission to practice Pro Hac Vice in the above captioned matter, is hereby granted.

Mr. Sarabia Roman has certified that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Oscar Sarabia Roman
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
T: (332) 204-2767
osarabia@aclu.org

Mr. Sarabia Roman having requested admission Pro Hac Vice for all purposes as counsel for the American Civil Liberties Union Foundation in the above-entitled action;

IT IS HEREBY ORDERED that Mr. Sarabia Roman is admitted for practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

Dated:

_____

Honorable Alvin K. Hellerstein
United States District Court Judge