Case 1:25-cv-02886-AKH   Document 69-3   Filed 04/21/25   Page 1 of 2

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

---

G.F.F., *et al.*,

*Petitioners–Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

*Respondents–Defendants.*

Case No. 1:25-cv-02886

~~[PROPOSED]~~ **ORDER FOR**
**ADMISSION**
**PRO HAC VICE**

---

The motion of Noelle Smith, for admission to practice Pro Hac Vice in the above

captioned matter, is hereby granted.

Ms. Smith has certified that she is a member in good standing of the bar of the state of

California; and that her contact information is as follows:

Noelle Smith
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
T: (212) 549-2100
nsmith@aclu.org

Ms. Smith having requested admission Pro Hac Vice for all purposes as counsel for the

American Civil Liberties Union Foundation in the above-entitled action;

IT IS HEREBY ORDERED that Ms. Smith is admitted for practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York.

Case 1:25-cv-02886-AKH    Document 69-3    Filed 04/21/25    Page 2 of 2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

Dated: April 22, 2025

_____
Honorable Alvin K. Hellerstein
United States District Court Judge