# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

G.F.F., *et al.,*

*Petitioners–Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,*

*Respondents–Defendants.*

Case No. 1:25-cv-02886

[~~PROPOSED~~] **ORDER FOR ADMISSION PRO HAC VICE**

The motion of Cody Wofsy, for admission to practice Pro Hac Vice in the above captioned matter, is hereby granted.

Mr. Wofsy has certified that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

Cody Wofsy
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0785
cwofsy@aclu.org

Mr. Wofsy having requested admission Pro Hac Vice for all purposes as counsel for the American Civil Liberties Union Foundation in the above-entitled action;

IT IS HEREBY ORDERED that Mr. Wofsy is admitted for practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

Case 1:25-cv-02886-AKH    Document 75    Filed 04/22/25    Page 2 of 2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

Dated: April 22, 2025

_____
Honorable Alvin K. Hellerstein
United States District Court Judge