# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

G.F.F., *et al.,*

*Petitioners–Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.,*

*Respondents–Defendants.*

Case No. 1:25-cv-02886

[~~PROPOSED~~] ORDER FOR
ADMISSION
PRO HAC VICE

The motion of My Khanh Ngo, for admission to practice Pro Hac Vice in the above captioned matter, is hereby granted.

Ms. Ngo has certified that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

My Khanh Ngo
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0764
mngo@aclu.org

Ms. Ngo having requested admission Pro Hac Vice for all purposes as counsel for the American Civil Liberties Union Foundation in the above-entitled action;

IT IS HEREBY ORDERED that Ms. Ngo is admitted for practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

Case 1:25-cv-02886-AKH    Document 67-3    Filed 04/21/25    Page 2 of 2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the rules governing the discipline of attorneys.

Dated: April 22, 2025

Honorable Alvin K. Hellerstein
United States District Court Judge