UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
G.F.F., *et al.*,                                            :
                                                             :   **ORDER EXTENDING**
                                   Petitioners,              :   **TEMPORARY RESTRAINING**
          -against-                                          :   **ORDER**
                                                             :
                                                             :
DONALD J. TRUMP, *et al.*,                                   :   25 Civ. 2886 (AKH)
                                                             :
                                   Respondents.              :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court heard arguments on Petitioners' motion for a preliminary injunction and reserved judgment thereon.

In the meantime, and until May 6, 2025, or further order of this Court, the temporary restraining order, as amended on April 11, 2025 (ECF No. 35), and which was first issued on April 9, 2025 (ECF No. 31), is extended for good cause to permit the Court to reserve judgment on this matter, and for the reasons stated on the record. *See* Fed. R. Civ. P. 65(b)(2); *SEC v. Unifund Sal*, 910 F.2d 1028, 1034-35 (2d Cir. 1990) ("[N]othing in rule 65 of the Federal Rules of Civil Procedure prevents a district court from continuing a TRO while reserving decision on a motion for a preliminary injunction.").

SO ORDERED.

Dated:    April 22, 2025
          New York, New York

          _____
          ALVIN K. HELLERSTEIN
          United States District Judge

Time:     4:30 ~~a.m.~~ / p.m.

1