AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| G.F.F.;* and J.G.O.;* on their own behalf and on behalf of others similarly-situated<br><br>*Plaintiff(s)*<br>v.<br>DONALD J. TRUMP, et al.<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-02886-AKH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. State Department
The Executive Office
Office of the Legal Advisor
600 19th Street NW, Suite 5.600
Washington, DC 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel Galindo
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/23/2025          /S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

