IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.F.F., *et al.*,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-02886 |

## NOTICE OF CISNEROS DECLARATION

Petitioners-Plaintiffs ("Petitioners") respectfully write to alert the Court that the government revealed new, directly relevant information yesterday, April 23, 2025, in a declaration submitted at 2:13pm CDT to the Southern District of Texas, which the government submitted directly to the court under seal. *See J.A.V. v. Trump*, No. 1:25-cv-072 (S.D. Tex. filed Apr. 23, 2025), ECF No. 45, Exhibit D. That declaration, along with an exhibit that was omitted yesterday, was docketed today around 10:16am CDT at ECF No. 49. The declaration concerns the amount of notice that the government is providing to individuals who are designated for removal under the Alien Enemies Act ("AEA").

At a hearing in the afternoon of April 24, 2025, the Southern District of Texas granted a motion to unseal the Cisneros Declaration, *see* ECF No. 49, so Petitioners are now providing this Court a copy of that declaration and its accompanying exhibit. The government has previously suggested that notice of designation 24 hours ahead of scheduled removal was sufficient. The declaration states that individuals are given **12 hours'** notice, Cisneros Decl. ¶ 11, and that if they express an intent to file a habeas petition, they are given 24 hours to actually file that petition, *id*.

1

Dated: April 24, 2025

My Khanh Ngo
Noelle Smith
Oscar Sarabia Roman
Cody Wofsy
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
nsmith@aclu.org
osarabia@aclu.org

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt
Daniel Galindo
Ashley Gorski
Patrick Toomey
Omar C. Jadwat
Hina Shamsi
Sidra Mahfooz*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
agorski@aclu.org
ptoomey@aclu.org
ojadwat@aclu.org
hshamsi@aclu.org
smahfooz@aclu.org

Amy Belsher
Robert Hodgson
Molly Biklen
NEW YORK CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300
abelsher@nyclu.org
rhodgson@nyclu.org
mbiklen@nyclu.org

*Attorneys for Plaintiffs-Petitioners*
*Pro hac vice motions forthcoming