IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.F.F. and J.G.O., on their own behalf and on behalf of others similarly situated,<br><br>*Petitioners*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents*. | Case No. 1:25-cv-02886 |

**RESPONDENTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

    Respondents, by counsel, hereby move this Court for an extension of time to comply with the Court's order that the "parties shall settle, on two days' notice, the terms of a proposed amended preliminary injunction order, consistent with this Opinion." ECF No. 84. Respondents need time to review the proposed order presented by Petitioners and negotiate any changes that may be required. As a result, Respondents propose moving the deadline to file an amended preliminary injunction order to Tuesday May 13. Petitioners do not object to this motion.

                                                Respectfully submitted,

                                                YAAKOV M. ROTH
                                                Acting Assistant Attorney General
                                                Civil Division

                                                DREW C. ENSIGN
                                                Deputy Assistant Attorney General

                                                /s/ Tiberius Davis
                                                TIBERIUS T. DAVIS
                                                Counsel to the Assistant Attorney General
May 8, 2025                                   Attorneys for Respondents

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 8, 2025, I filed the foregoing document with the Clerk of the Court through the Court's ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Tiberius Davis