IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.F.F. and J.G.O., on their own behalf and on behalf of others similarly situated,<br><br>*Petitioners*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents*. | Case No. 1:25-cv-02886 |

**[PROPOSED] ORDER**

The Court **GRANTS** Respondents Unopposed Motion for an Extension of time (ECF 85) and **ORDERS** the parties to file the terms of a proposed amended preliminary injunction order on May 13, 2025.

Entered on _____, of May 2025, at _____ a.m./p.m.

_____

ALVIN K. HELLERSTEIN

United States District Court Judge

1