## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

G.F.F. and J.G.O., on their own behalf and on
behalf of others similarly situated,

*Petitioners*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al*.,

*Respondents*.

Case No. 1:25-cv-02886

**So ordered.**

**/s/ Alvin K. Hellerstein, U.S.D.J.**
**5/9/2025**

### RESPONDENTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Respondents, by counsel, hereby move this Court for an extension of time to comply with the Court's order that the "parties shall settle, on two days ' notice, the terms of a proposed amended preliminary injunction order, consistent with this Opinion." ECF No. 84. Respondents need time to review the proposed order presented by Petitioners and negotiate any changes that may be required. As a result, Respondents propose moving the deadline to file an amended preliminary injunction order to Tuesday May 13. Petitioners do not object to this motion.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

/s/ Tiberius Davis
TIBERIUS T. DAVIS
Counsel to the Assistant Attorney General
Attorneys for Respondents

May 8, 2025

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2025, I filed the foregoing document with the Clerk of the Court through the Court's ECF system, which will send a notice of electronic filing to all counsel of record.

<u>s/ Tiberius Davis</u>