IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.F.F., *et al.*,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-02886 |

**ORDER**

Upon consideration of Petitioners-Plaintiffs' Motion for a Preliminary Injunction: Having determined that Petitioners-Plaintiffs ("Petitioners") and the certified class are likely to succeed on the merits of their claims that the Proclamation violates the Alien Enemies Act ("AEA"), 50 U.S.C. § 21 *et seq.*; that the AEA does not authorize Respondents-Defendants ("Respondents") to remove them from the United States; that Respondents' actions implementing removals under the AEA violate due process; that in the absence of injunctive relief Petitioners and the certified class will suffer irreparable injury in the form of unlawful removal that may be irreversible; and that the balance of hardships and public interest favor preliminary relief, it is, therefore,

**ORDERED** that Petitioners' Motion for a Preliminary Injunction is hereby GRANTED; and that Respondents (excluding the President with respect to any injunctive relief), their agents, representatives, and all persons or entities acting in concert with them are hereby:

1. **ENJOINED** from enforcing the Presidential Proclamation entitled "Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua" in the Southern District of New York;

2. **ORDERED** not to regulate, restrain, detain, or remove Petitioners, or any members of the certified class, from the United States under the Proclamation, regardless of their present location;

3. **ORDERED** not to transfer Petitioners, including members of the certified class, from the Southern District of New York, provided, however, that nothing in this Order shall be construed to bar the transfer, removal, or release from immigration detention, of Petitioners pursuant to proceedings held under the Immigration and Nationality Act. To the extent class members are transferred, the Court retains jurisdiction and the class members can only be transferred out of the District for removal under the Immigration and Nationality Act or where otherwise consented to by counsel;

4. **ORDERED** to provide class counsel with the following for all past, current, and future members of the certified class who have been or will be detained in the Southern District of New York at any point on or after April 8, 2025:
    a. Information on the identity and locations of the class members;
    b. The immigration status of the class members;
    c. Any Alien Enemies Act Designation Forms;
    d. Any evidentiary submission in immigration proceedings or in federal court alleging evidence of TdA association or membership (including I-213 form or bond evidence packet).

5. **ORDERED** that after the May 21 conference, further proceedings in this Court shall be stayed pending appeal. Any party may move to lift the stay at any time.

It is further **ORDERED** that Petitioners shall not be required to furnish security for costs.

By agreeing to this proposed order, Respondents are not waiving or conceding any rights or arguments.

SO ORDERED.

Dated:     May 14, 2025
           New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge