UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
G.F.F., *et al.*,                                          :
                                                           :
                                                        Petitioners,         :    **SCHEDULING ORDER**
           -against-                                 :
                                                           :    25 Civ. 2886 (AKH)
                                                           :
DONALD J. TRUMP, *et al.*,                                 :
                                                           :
                                                        Respondents.         :
---------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The status conference scheduled for May 21, 2025 is hereby adjourned to June 17, 2025, at 10:30 a.m., in Courtroom 14D. If the parties wish for the Court to convene a conference at an earlier date, they may do so by filing a letter on ECF.

       SO ORDERED.

Dated:     May 19, 2025
              New York, New York

                                                      _____
                                                      ALVIN K. HELLERSTEIN
                                                       United States District Judge