UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
G.F.F., *et al.*,                                            :
                                                             :   **SCHEDULING ORDER**
                                              Petitioners,   :
          -against-                                          :
                                                             :   25 Civ. 2886 (AKH)
                                                             :
DONALD J. TRUMP, *et al.*,                                   :
                                                             :
                                              Respondents.   :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The status conference scheduled for June 17, 2025 is hereby adjourned to June 25, 2025, at 10:30 a.m., in Courtroom 14D.

    By June 23, 2025, the parties shall provide the names of all attorneys expected to appear on the record at this conference via a joint email to [HellersteinNYSDChambers@nysd.uscourts.gov](mailto:HellersteinNYSDChambers@nysd.uscourts.gov).

    SO ORDERED.

Dated:    June 17, 2025                      /s/ Alvin K. Hellerstein
             New York, New York          ALVIN K. HELLERSTEIN
                                                       United States District Judge