UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
G.F.F., *et al.*,  :
 :
  Petitioners,  :  **ORDER**
 :
 -against-  :
 :  25 Civ. 2886 (AKH)
 :
DONALD J. TRUMP, *et al.*,  :
 :
  Respondents.  :
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Petitioners shall confer with Respondents, and shall submit (via the email address HellersteinNYSDChambers@nysd.uscourts.gov), by June 23, 2025, an agenda of matters that each side wishes to raise at the June 25, 2025 status conference.

    SO ORDERED.

Dated:    June 18, 2025
            New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge