UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
G.F.F., *et al.*,

                                   Petitioners,

      -against-

DONALD J. TRUMP, *et al.*,

                                  Respondents.
------------------------------------------------------------- X

**ORDER**

25 Civ. 2886 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties have requested an adjournment of the June 25, 2025 status conference. Their request is granted.

      There is no point to plan future proceedings until either Respondents appeal, or their time to appeal lapses. Since the appeal deadline is July 8, 2025, the status conference scheduled for June 25, 2025 is hereby adjourned to July 24, 2025 at 10:30 a.m., and will take place in Courtroom 14D.

      By July 21, 2025, the parties shall provide the names of all attorneys expected to appear on the record at this conference via a joint email to HellersteinNYSDChambers@nysd.uscourts.gov.

      SO ORDERED.

Dated:    June 24, 2025
             New York, New York

                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge