IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.F.F. and J.G.O., on their own behalf and on behalf of others similarly situated,<br><br>*Petitioners*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>*Respondents*. | Case No. 1:25-cv-02886 |

## NOTICE OF APPEAL

Defendants hereby appeal from the Court's Order entered on May 6, 2025 (ECF No. 83); the Court's Opinion and Order entered on May 6, 2025 (ECF No. 84); and the Court's Order entered on May 14, 2025 (ECF No. 89) in the above-captioned case, as well as all associated opinions and orders, to the United States Court of Appeals for the Second Circuit.

                    Respectfully submitted,

                    BRETT A. SHUMATE
                    Assistant Attorney General
                    Civil Division

                    DREW C. ENSIGN
                    Deputy Assistant Attorney General

                    JOHN W. BLAKELEY
                    Senior Counsel for Appellate Litigation

                    EVAN W. SCHANERBERGER
                    Trial Attorney

By:    *Michael D. Ross*
        MICHAEL D. ROSS
        Trial Attorney
        Bar No. 73986 (South Carolina)

1

United States Department of Justice
Office of Immigration Litigation
General Litigation & Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 742-7118
michael.d.ross@usdoj.gov

July 3, 2025                                       Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

DATED:  July 3, 2025

                                                By: */s/ Michael D. Ross*
                                                      MICHAEL D. Ross
                                                      Trial Attorney
                                                      United States Department of Justice
                                                      Office of Immigration Litigation