UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
G.F.F., *et al.*,                                          :
                                                           :
                                    Petitioners,           :   **ORDER REGULATING**
                                                           :   **PROCEEDINGS**
            -against-                                      :
                                                           :
                                                           :   25 Civ. 2886 (AKH)
DONALD J. TRUMP, *et al.*,                                 :
                                                           :
                                    Respondents.           :
---------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Respondents, having appealed this Court's preliminary injunction on July 3, 2025, *see* ECF No. 96, the status conference scheduled for July 24, 2025 is adjourned *sine die*.

      SO ORDERED.

Dated:    July 7, 2025
             New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge