

U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878 Ben Franklin Station
Washington, D.C. 20044

March 4, 2026

**By ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *G.F.F. v. Trump*, No. 1:25-cv-02886-AKH

Dear Judge Hellerstein:

    I write respectfully to inform the Court that I will be leaving the Department of Justice, Office of Immigration Litigation, on March 6, 2026. Accordingly, I request entry of an order terminating my appearance in this matter. My colleagues at the Department of Justice, Tiberius Davis and Jeffrey Oestericher, have already appeared on behalf of the defendants and will continue to handle the case.

    I thank the Court for its consideration of this submission.

                                                Respectfully submitted,

                                                Brett A. Shumate
                                                Assistant Attorney General

                                                Kiley Kane
                                                Senior Litigation Counsel

                               By:    *s/ Michael D. Ross*
                                                Michael D. Ross
                                                Trial Attorney
                                                United States Department of Justice
                                                Civil Division
                                                Office of Immigration Litigation
                                                P.O. Box 878, Ben Franklin Station
                                                Washington, D.C. 20044
                                                (202) 742-7118
                                                michael.d.ross@usdoj.gov

cc:     Counsel of Record (by ECF)